

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-074-CV

IN RE CBCINNOVIS, INC.                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and motion for temporary stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary stay are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

JOHN CAYCE
CHIEF JUSTICE

PANEL A:  CAYCE, C.J.; DAUPHINOT and MCCOY,  JJ.

MCCOY, J. would request oral argument.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  April 17, 2008